IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OCT 14 2026

FILED

| | | |
|---|---|---|
| ALEX QUADROS BOARO SOUZA, JR, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | CV 126-209 |
| | * | |
| MARKWAYNE MULLIN and WARDEN, Folkston ICE Processing Center, | * | |
| | * | |
| | * | |
| Respondents. | * | |

**O R D E R**

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241 and challenging immigration detention by United States Immigration and Customs Enforcement, was filed in the Augusta Division. However, Petitioner is currently detained at Folkston ICE Processing Center in Folkston, Georgia. (Doc. 1, at 2.) Because the Folkston ICE Processing Center is located in the Waycross Division, the Court **TRANSFERS** the case to the Waycross Division. All future filings related to this petition should be filed under the new Civil Action Number in the Waycross Division.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA